**Electronically Filed
Supreme Court
SCWC-11-0000001
28-OCT-2013
11:55 AM**

SCWC-11-0000001

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

GENBAO GAO, Petitioner/Appellant-Appellant,

vs.

STATE OF HAWAI‘I, DEPARTMENT OF THE ATTORNEY GENERAL,
Respondent/Appellee-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000001; CIV. NO. 10-1-1776-08)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ)

Petitioner/Appellant-Appellant Genbao Gao's application

for writ of certiorari filed on September 18, 2013, is hereby

rejected.

DATED: Honolulu, Hawai‘i, October 28, 2013.

Genbao Gao,
petitioner pro se

Maria C. Cook
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

